IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00970-WYD-BNB

ELEVEN-ONE-ELEVEN CONDOMINIUM ASSOCIATION, INC., a Colorado Nonprofit Corporation,

    Plaintiff,

v.

MID-CENTURY INSURANCE;
HARLEYSVILLE INSURANCE COMPANY;
GRINNELL MUTUAL REINSURANCE COMPANY;
COLLINS COMPANIES, INC; and
LEONARD B. COLLINS,

    Defendants.

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Remand [# 6], filed May 15, 2007. By way of background, on May 10, 2007, Defendant Grinnell removed this case pursuant to 28 U.S.C. §§ 1441(a) and 1446 to this Court from the Arapahoe County District Court. However, co-Defendants Collins and Collins Cos. "affirmatively object to removal." (Pl's. Mot. at 2.) According to the Plaintiff, these co-Defendants are indispensable parties to this action. *Id.* Based on the following analysis, I find that this motion should be granted and this case remanded back to state court.

First, "section1446(b) requires all served defendants, except nominal

-1-

defendants, to join or consent to the removal petition within thirty days of service, commencing when the first defendant is served." *Scheall v. Ingram*, 930 F. Supp 1448, 1449 (D. Colo. 1996) (citation omitted). "A petition filed by less than all the named defendants is considered defective if it fails to contain an explanation for the absence of co-defendants." *Id.* (citation omitted). Section 1446(c) requires that, if it clearly appears on the face of the notice that removal should not be permitted, the court should make an order for summary remand. *Id.*

Second, Defendant Grinnell filed a Confession of Motion for Remand [# 7] on May 15, 2007. In that Confession, Defendant Grinnell states that "all defendants will not be joining or consenting to the removal petition within 30 days of its service." (Def. Confession at 2.) Defendant Grinnell further states that it "confesses to Plaintiff's Motion for Remand with waiver of Plaintiff's request for fees, costs and other expenses." *Id.* Accordingly, it is

ORDERED that Plaintiff's Motion for Remand [# 6], filed May 15, 2007 is **GRANTED**, each party to pay its own costs and fees. It is

FURTHER ORDERED that this case shall be remanded back to the Arapahoe County District Court, State of Colorado.

Dated: May 16, 2007

                                                  BY THE COURT:

                                                  s/ Wiley Y. Daniel
                                                  Wiley Y. Daniel
                                                  U. S. District Judge